UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20392
_____

GULF INSURANCE COMPANY,

Plaintiff-Appellant,

versus

M/V REI FENG; ET AL.,

Defendants,

ETS EXPRESS, INC.; EVERGREEN MARINE CORP. (TAIWAN) LTD, doing
business as Evergreen Line,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-00-CV-630)
_____

February 11, 2002

Before DUHÉ, BARKSDALE, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    **AFFIRMED.** *See* 5TH CIR. R. 47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.